JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| RICHARD I. FINE, | ) | No. CV 09-7943-JFW(CW) |
| | ) | |
| Petitioner, | ) | JUDGMENT |
| | ) | |
| v. | ) | |
| | ) | |
| U.S. DISTRICT COURT, et al., | ) | |
| | ) | |
| Respondents. | ) | |
| | ) | |

   **IT IS ADJUDGED** that this action is dismissed as successive.


DATED: <u>November 5, 2009</u>


_____
   JOHN F. WALTER
   United States District Judge